UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

QUADARIUS PORTER,

   Plaintiff,

v.                                       Case No. 3:22cv5523-LC-HTC

ESCAMBIA COUNTY JAIL,

   Defendant.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on June 14, 2022 (ECF No. 8), recommending dismissal based on Plaintiff's failure to comply with Court orders, failure to update his address, and failure to prosecute. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

Case No. 3:22cv5523-LC-HTC

2. This case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to comply with Court orders, failure to update his address, and failure to prosecute.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 14th day of July, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv5523-LC-HTC